JUDGE TORRES

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ARISTA MUSIC, ARISTA MUSIC LLC,
LAFACE RECORDS LLC, SONY MUSIC
ENTERTAINMENT, SONY MUSIC
ENTERTAINMENT US LATIN LLC, AND
ZOMBA RECORDING LLC,

*Plaintiffs,*

v.

UNITED AIRLINES, INC.; INFLIGHT
PRODUCTIONS LTD.; and RIGHTSCOM
LTD.,

*Defendants.*

**COMPLAINT**



Plaintiffs Arista Music, Arista Music LLC, LaFace Records LLC, Sony Music Entertainment, Sony Music Entertainment US Latin LLC, and Zomba Recording LLC (collectively referred to as "Sony Music" or "Plaintiffs"), by and through their undersigned attorneys, allege as follows:

### NATURE OF THE ACTION

1.      This case relates to the ongoing and willful infringement of copyrighted sound recordings and music videos through an interactive, on-demand, in-flight music service, as well as a linear pre-programmed music service, operated by an airline company for the entertainment of its passengers without authorization from or compensation to the owners of the recordings and music videos that are reproduced and performed by the service.

2.      Defendant United Airlines, Inc. ("United") and its predecessor companies, working in concert with Defendants Inflight Productions Ltd. ("Inflight Productions") and

1

Rightscom Ltd. ("Rightscom"), (collectively "Defendants") operate an interactive, on-demand, in-flight music service and a linear pre-programmed music service for the entertainment of passengers on United Airlines and/or Continental Airlines.

3.      Upon information and belief, in order to create these in-flight music services, Defendants have, without authority, duplicated Plaintiffs' copyrighted sound recordings and music videos.  These infringing copies are then installed on servers located on board aircraft owned or operated by United or its predecessors, where they are used to transmit performances of Plaintiffs' copyrighted sound recordings and music videos to passengers.

4.      Defendants do not have any license or other form of authorization from Plaintiffs to reproduce or publicly perform any of Plaintiffs' copyrighted sound recordings and music videos.

5.      As a result of the foregoing, Defendants are liable for the infringement of Plaintiffs' copyrights, either because they have directly engaged in infringing activities themselves or because one or more of them is secondarily liable for infringing activities undertaken by others.

6.      The harm to Plaintiffs and their artists, who invest millions of dollars and enormous amounts of time and creative energy to produce and exploit the copyrighted works infringed by Defendants is both manifest and irreparable.

**THE PARTIES**

7.      Plaintiff Arista Music is a New York partnership with its principal place of business in New York, New York.

8.      Plaintiff Arista Records LLC is a Delaware limited liability company with its principal place of business in New York, New York.

9.      Plaintiff LaFace Records LLC is a Delaware limited liability company with its principal place of business in New York, New York.

10.     Plaintiff Sony Music Entertainment is a Delaware partnership with its principal place of business and headquarters in New York, New York.

11.     Plaintiff Sony Music Entertainment US Latin LLC is a Delaware limited liability company with its principal place of business and headquarters in Coconut Grove, Florida.

12.     Plaintiff Zomba Recording LLC is a Delaware limited liability company with its principal place of business in New York, New York.

13.     Plaintiffs are among the largest and most respected record companies in the music business.  Plaintiffs are the owners or exclusive United States licensees of sound recordings and music videos containing the performances of some of the most popular and successful recording artists of all-time, including Britney Spears, Carrie Underwood, Justin Timberlake, Kenny Chesney, Michael Jackson, and Paul Simon, to name just a few.  Plaintiffs have invested and continue to invest significant money, time, effort, and creative talent to create, promote, sell, and license their sound recordings and music videos.

14.     Plaintiffs own the copyrights and/or exclusive rights under the U.S. Copyright Act to exploit an extensive catalogue of popular sound recordings and music videos, including but not limited to those recordings listed in **Exhibit A**, attached hereto.  Plaintiffs further own or possess exclusive rights to sound recordings that were initially "fixed" prior to February 15,

1972 (the "Pre-1972 Works") and that are therefore subject to protection under state law, including those recordings listed in **Exhibit B**, attached hereto.

15.     Plaintiffs sell, distribute and/or license their sound recordings and music videos for distribution in the form of CDs, DVDs, or other tangible media throughout the United States, including in New York.  Plaintiffs also sell, distribute and/or license their sound recordings and music videos in the form of digital audio files through authorized Internet services, including iTunes, MySpace, Rhapsody, and Spotify, as well as directly to consumers.

16.     Defendant United is a Delaware corporation with its principal place of business in Chicago, Illinois.  United is registered to do business and maintains offices and business operations in New York.  On March 31, 2013, after a merger process beginning in 2010, United Airlines, Inc. was officially merged with Continental Airlines, Inc. to form one legal entity, which is now named United Airlines, Inc.  As a result of that merger, United is the successor to all the rights and liabilities of its predecessor corporations that previously operated United Airlines and Continental Airlines, and it continues to operate the combined airline under the United name.

17.     Defendant Inflight Productions is a company based in London, United Kingdom, and is a subsidiary of Advanced Inflight Alliance AG.  Inflight Productions maintains offices throughout the world including in Los Angeles, California.  Inflight Productions has created audio programs and managed the provision of musical content for airlines around the world, including for United Airlines and Continental Airlines.

18.     Defendant Rightscom is a company based in London, United Kingdom. Rightscom is a consultancy specializing in rights management issues, both at the commercial and

technical level.  Rightscom has been retained by Inflight Productions to manage Inflight Productions' copyright obligations around the world, including for United Airlines and Continental Airlines.

## JURISDICTION AND VENUE

19.    This is a civil action asserting claims of copyright infringement under the copyright laws of the United States.  Accordingly, the Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C § 1331 (federal question jurisdiction); and 28 U.S.C. § 1338(a) (jurisdiction over copyright actions).  The Court has supplemental jurisdiction over Plaintiffs' New York state law claims under 28 U.S.C. § 1367 (supplemental jurisdiction).

20.    Personal jurisdiction over Defendants is proper.  First, Defendants engage in continuous and systematic business activities in New York.  Second, Defendants transact business in New York, and contract to supply goods and services in New York in connection with the matters giving rise to this suit.  Third, Defendants commit infringing acts outside of New York causing injury to Plaintiffs in New York.  In connection therewith, Defendants regularly do or solicit business in New York causing injury to Plaintiffs in New York, and/or derive substantial revenue from goods used or services rendered in New York, and/or expect or reasonably should expect their infringing conduct to have consequences in New York, and derive substantial revenue from interstate commerce.

21.    Venue in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. § 1400(a).  Upon information and belief, a substantial part of the acts of the infringement complained of herein occurs or has occurred in this District.  Further, Plaintiffs have their principal place of business in New York and in this District.  Accordingly, Plaintiffs have been

injured in New York as a result of Defendants' infringing conduct.

## DEFENDANTS' INFRINGING CONDUCT

22.     Plaintiffs repeat and reallege every allegation contained in paragraphs 1 through 21 as if fully set forth herein.

23.     Defendants offer an interactive, on-demand, in-flight music service, as well as a linear pre-programmed music service, to passengers of United Airlines and/or Continental Airlines.  These in-flight music services employ unauthorized reproductions of Plaintiffs' sound recordings which are installed in servers located within United/Continental aircraft and thereafter used to transmit performances of Plaintiffs' sound recordings to United/Continental in-flight passengers either as a pre-programmed package or pursuant to the direct requests of those passengers.

24.     Upon information and belief, Defendants have also been making Plaintiffs' copyrighted music videos available to passengers of United Airlines and/or Continental Airlines as part of these same music services.  Although Plaintiffs have confirmed that Defendants have been copying and performing these music videos, Plaintiffs have not yet been provided with the titles of the infringed music videos, but will obtain them during discovery.

25.     Initially, Plaintiffs were contacted by a representative from Defendant Rightscom, who explained that he had been retained by Defendant Inflight Productions, who in turn had been retained by various airline companies—including United and Continental—for the provision of in-flight musical content.  The representative candidly acknowledged that Rightscom's and Inflight's provision of musical content for airlines "involves the reproduction of copyright[ed] musical works and sound recordings."

26.     Critically, the representative further acknowledged that "it is going to be necessary for Inflight [through Rightscom] to contact the labels individually to put the necessary licenses in place, and I am contacting you to do so with Sony Music."

27.     From the time that Defendants acknowledged their need to obtain authorization from Plaintiffs for their use of Plaintiffs' copyrighted sound recordings until the filing of this action, Plaintiffs and Defendants have been in communication relating to that issue.  However, Plaintiffs never licensed or otherwise authorized Defendants' use of the recordings.  Nonetheless, during this entire period, Defendants have continued to offer their customers unlicensed access to Plaintiffs' copyrighted works.

28.     More recently, Sony Music learned about the existence of the interactive, on-demand, in-flight music service which involves the making of unauthorized reproductions and the transmission of performances of Plaintiffs' copyrighted sound recordings and music videos on demand without any license, agreement, or other form of authorization from Plaintiffs.

29.     Upon information and belief, Defendants have reproduced and performed thousands of Plaintiffs' copyrighted sound recordings and music videos without a license or any other form of authorization from Plaintiffs.  Non-exhaustive lists of Plaintiffs' sound recordings that have been infringed by the Defendants are attached hereto as **Exhibit A** and **Exhibit B**.  Plaintiffs note that their investigation into those sound recordings that have been infringed by Defendants is ongoing.

30.     Defendants' use of these recordings and music videos is a blatant violation of Plaintiffs' rights under federal copyright law or New York state law, as applicable.

## FIRST CLAIM FOR RELIEF

### Infringement of Plaintiffs' Rights under the U.S. Copyright Act

31.     Plaintiffs repeat and reallege every allegation contained in paragraphs 1 through 30 as if fully set forth herein.

32.     Without authorization, Defendants are making and/or aiding, encouraging, enabling, inducing, causing, materially contributing to, benefitting financially from (with the right and ability to control), and/or otherwise facilitating the making of unauthorized reproductions of Plaintiffs' copyrighted sound recordings and music videos in violation of 17 U.S.C. §§ 106(1) and 501.

33.     Without authorization, Defendants are publicly performing and/or aiding, encouraging, enabling, inducing, causing, materially contributing to, benefitting financially from (with the right and ability to control), or otherwise facilitating the public performance of Plaintiffs' copyrighted sound recordings and music videos in violation of 17 U.S.C. §§ 106(1) and 501.

34.     Defendants' infringement of Plaintiffs' sound recordings includes but is not limited to the representative list of copyrighted sound recordings listed in **Exhibit A** hereto.

35.     Defendants' acts of infringement are knowing, willful and intentional, in disregard of and indifference to Plaintiffs' rights.

36.     As a direct and proximate result of Defendants' infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work

infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).  Alternatively, at Plaintiffs' election, pursuant to 17 U.S.C. § 504(b), Plaintiffs are entitled to their actual damages, including Defendants' profits from the infringement, as will be proven at trial.

37.   Defendants' conduct is causing and, unless enjoined by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot be fully compensated or measured in money damages.  Plaintiffs have no adequate remedy at law.  Accordingly, Plaintiffs are entitled to a preliminary and permanent injunction prohibiting infringement of Plaintiffs' copyrights and exclusive rights under copyright pursuant to 17 U.S.C. § 502.

38.   Plaintiffs are entitled to their costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505.

39.   Plaintiffs are further entitled to the impoundment and destruction or other reasonable disposition of infringing copies of Plaintiffs' copyrighted sound recordings and music videos pursuant to 17 U.S.C. § 503.

## SECOND CLAIM FOR RELIEF

### Common-Law Copyright Infringement for Pre-1972 Works

40.   Plaintiffs repeat and reallege every allegation contained in paragraphs 1 through 39 as if fully set forth herein.

41.   Plaintiffs' Pre-1972 Works are subject to common-law copyright protection under the law of the State of New York.  As the owner of valid common-law copyrights in Pre-1972 Works, Plaintiffs possess the exclusive rights to manufacture, reproduce, perform, sell, distribute, and otherwise exploit their Pre-1972 Works.

42.     Without authorization, Defendants are reproducing and performing, or benefitting financially from, aiding, encouraging, enabling, inducing, causing, materially contributing to, or otherwise facilitating the reproduction and performance, of Plaintiffs' copyrighted sound recordings in violation of the law of the State of New York, including but not limited to the representative list of sound recordings listed in **Exhibit B** hereto.

43.     As a direct and proximate result of Defendants' knowing, willful and intentional copyright infringement, Plaintiffs are entitled to compensatory damages for the infringement of Plaintiffs' copyrighted Works, including but not limited to the representative list of copyrighted sound recordings listed in **Exhibit B** hereto, in such amounts as will be proven at trial, as well as punitive damages.

44.     Defendants' conduct is causing and, unless enjoined by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money damages.  Plaintiffs have no adequate remedy at law.  Accordingly, Plaintiffs are entitled to preliminary and permanent injunctive relief prohibiting Defendants from further violating their rights in their Pre-1972 Works.

## THIRD CLAIM FOR RELIEF

### Unfair Competition as to Pre-1972 Works

45.     Plaintiffs repeat and reallege every allegation contained in paragraphs 1 through 44 as if fully set forth herein.

46.     Plaintiffs possess exclusive ownership interests in and to their Pre-1972 Works and are engaged in the business of selling, distributing, and otherwise commercially exploiting their Pre-1972 Works, and licensing others to do the same.  Plaintiffs have made a substantial

investment of money, creative talents, and other resources in order to develop, market, promote, and commercially exploit their sound recordings.

47.     Through the conduct described above, Defendants are violating Plaintiffs' rights in their Pre-1972 Works, including but not limited to those recordings listed in **Exhibit B** hereto, and are guilty of unfair competition under the common law of the State of New York.  By reproducing, performing or otherwise commercially exploiting the Pre-1972 Works, or benefitting financially from, aiding, encouraging, enabling, inducing, causing, materially contributing to, or otherwise facilitating the unauthorized reproduction, performance or commercial exploitation of the Pre-1972 Works, Defendants compete directly with Plaintiffs and their lawful licensees, and further take advantage of and undermine Plaintiffs' substantial creative and financial investment in their Pre-1972 Works.  Defendants are knowingly, willfully, and intentionally appropriating Plaintiffs' rights to their Pre-1972 Works.  As a direct and proximate result of Defendants' unlawful conduct, Plaintiffs are entitled to compensatory damages in such amounts as will be proven at trial, as well as punitive damages.

48.     Defendants' conduct is causing and, unless enjoined by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money damages. Plaintiffs have no adequate remedy at law and are entitled to preliminary and permanent injunctive relief prohibiting Defendants from further violating their rights in the Pre-1972 Works.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand a jury trial and pray for judgment against Defendants as follows:

1.     For a preliminary and permanent injunction enjoining Defendants and Defendants' agents, servants, employees, officers, attorneys, successors, licensees, partners, and assigns, and all persons acting in concert or participation with each or any of them, from directly infringing, and/or benefitting financially from, aiding, encouraging, enabling, inducing, causing, materially contributing to, or otherwise facilitating the infringement of, any of Plaintiffs' copyrights or exclusive rights protected by the Copyright Act or common law, whether now in existence or hereafter created;

2.     For the impoundment and destruction or other reasonable disposition of infringing copies of Plaintiffs' copyrighted sound recordings and music videos;

3.     For Count 1, all damages to which Plaintiffs may be entitled, including Defendants' profits, in such amounts as may be found, or, in the alternative and at Plaintiffs' election, for statutory damages in the maximum amount allowed by law;

4.     For Counts 2 and 3, compensatory damages in such amounts as will be proven at trial, as well as punitive damages;

5.     For Plaintiffs' costs, including and reasonable attorneys' fees, pursuant to 17 U.S.C. § 504;

6.     For prejudgment interest according to law; and

7.     For such further relief as the Court may deem just and proper.

Respectfully submitted,

By: _Andrew H Bart_____

Andrew H. Bart
Alison I. Stein
JENNER & BLOCK LLP
919 Third Avenue
37th Floor
New York, NY 10022
tel. (212) 891-1600
fax (212) 891-1699

*Attorneys for Plaintiffs*

Dated: New York, New York
      October 22, 2013

# Exhibit A

Exhibit A:

Representative List of Post-1971 Works at Issue Owned by Arista Music, Arista Records LLC, LaFace Records LLC, Sony Music Entertainment, Sony Music Entertainment U.S. Latin LLC, and Zomba Recording LLC.

| Artist | Title | SR # |
|---|---|---|
| Chris Botti | Prelude No. 20 in C Minor | SR0000700153 |
| Chris Botti | Per te (For You) | SR0000700153 |
| Chris Botti | En Aranjuez Con Tu Amor | SR0000700153 |
| Chris Botti | You Are Not Alone | SR0000700153 |
| Chris Botti | Losing You | SR0000700153 |
| Chris Botti | Tango Suite | SR0000700153 |
| Chris Botti | Setembro | SR0000700153 |
| Chris Botti | Oblivion | SR0000700153 |
| Chris Botti | Sevdah | SR0000700153 |
| Chris Botti | Summertime | SR0000700153 |
| Chris Botti | Contigo en la Distancia | SR0000700153 |
| Chris Botti | Over the Rainbow | SR0000700153 |
| Chris Botti | What a Wonderful World | SR0000700153 |
| Linda Eder | Not Gonna Fall This Time | SR0000681878 |
| Linda Eder | No Finer Man | SR0000681878 |
| Linda Eder | Ordinary People | SR0000681878 |
| Linda Eder | Heat of The Night | SR0000681878 |
| Linda Eder | What Did You See Inside The Stars? | SR0000681878 |
| Linda Eder | Now | SR0000681878 |
| Linda Eder | The Mad Hatter | SR0000681878 |
| Linda Eder | A Woman In His Arms | SR0000681878 |
| Linda Eder | Good Bye | SR0000681878 |
| Linda Eder | What's Never Been Done Before | SR0000681878 |
| Linda Eder | More Than Heav... | SR0000681878 |
| Linda Eder | Living In The Shadows | SR0000681878 |
| Linda Eder | Please Don't Make Me Love You Lyrics | SR0000681878 |
| Linda Eder | First Time | SR0000681878 |
| Linda Eder | Sweet Song Of Life | SR0000681878 |
| Yo Yo Ma, Stuart Duncan, Edgar Meyer | Attaboy | SR0000697849 |
| Yo Yo Ma, Stuart Duncan, Edgar Meyer | Quarter Chicken Dark | SR0000697849 |
| Yo Yo Ma, Stuart Duncan, Edgar Meyer | Helping Hand | SR0000697849 |
| Yo Yo Ma, Stuart Duncan, Edgar Meyer | Where's My Bow? | SR0000697849 |
| Yo Yo Ma, Stuart Duncan, Edgar Meyer | Here and Heaven | SR0000697849 |
| Yo Yo Ma, Stuart Duncan, Edgar Meyer | Franz and The Eagle | SR0000697849 |
| Yo Yo Ma, Stuart Duncan, Edgar Meyer | Less Is Moi | SR0000697849 |
| Yo Yo Ma, Stuart Duncan, Edgar Meyer | Hill Justice | SR0000697849 |
| Yo Yo Ma, Stuart Duncan, Edgar Meyer | No One But You | SR0000697849 |
| Yo Yo Ma, Stuart Duncan, Edgar Meyer | Thirteen Eight | SR0000697849 |
| Yo Yo Ma, Stuart Duncan, Edgar Meyer | Goat Rodeo | SR0000697849 |
| Alabama | Roll On | SR0000052706 |
| Brad Paisley | Anything Like Me | SR0000639650 |
| Brad Paisley | Remind Me | SR0000680360 |
| Carrie Underwood | Mamma's Song | SR0000636273 |
| Chris Young | Voices | SR0000641828 |
| Collin Raye | On the Verge | SR0000213652 |
| Dixie Chicks | Wide Open Spaces | SR0000252000 |
| Dolly Parton | In the Meantime | SR0000079697 |
| George Jones | He Stopped Loving He... | SR0000025646 |
| Kenny Chesney | Somewhere With You | SR0000659735 |
| Kenny Chesney | Seven Days | SR0000659735 |
| Ronnie Dunn | Singer In a Cowboy... | SR0000681910 |
| Sara Evans | Life Without Losing | SR0000674205 |
| Brad Paisley | This Is Country Music | SR0000680360 |
| Brad Paisley | Old Alabama | SR0000680360 |
| Brad Paisley | A Man Don't Have To Die | SR0000680360 |
| Brad Paisley | Camouflage | SR0000680360 |
| Brad Paisley | Remind Me | SR0000680360 |
| Brad Paisley | Working On A Tan | SR0000680360 |
| Brad Paisley | Love Her Like She's Leavin' | SR0000680360 |
| Brad Paisley | One Of Those Lives | SR0000680360 |
| Brad Paisley | Toothbrush | SR0000680360 |
| Brad Paisley | Be The Lake | SR0000680360 |
| Brad Paisley | Eastwood | SR0000680360 |
| Brad Paisley | New Favorite Memory | SR0000680360 |
| Brad Paisley | Don't Drink The Water | SR0000680360 |
| Brad Paisley | I Do Now | SR0000680360 |
| Brad Paisley | Life's Railway To Heaven | SR0000680360 |
| Carrie Underwood | Good Girl | SR0000700157 |
| Carrie Underwood | Blown Away | SR0000700157 |
| Carrie Underwood | Two Black Cadillacs | SR0000700157 |
| Carrie Underwood | See You Again | SR0000700157 |
| Carrie Underwood | Do You Think About Me | SR0000700157 |
| Carrie Underwood | Forever Changed | SR0000700157 |
| Carrie Underwood | Nobody Ever Told You | SR0000700157 |
| Carrie Underwood | One Way Ticket | SR0000700157 |

Exhibit A:

Representative List of Post-1971 Works at Issue Owned by Arista Music, Arista Records LLC, LaFace Records LLC, Sony Music Entertainment, Sony Music Entertainment U.S. Latin LLC, and Zomba Recording LLC.

| Artist | Title | SR # |
|---|---|---|
| Carrie Underwood | Thank God for Hometowns | SR0000700157 |
| Carrie Underwood | Good in Goodbye | SR0000700157 |
| Carrie Underwood | Leave Love Alone | SR0000700157 |
| Carrie Underwood | Cupid's Got a Shotgun | SR0000700157 |
| Carrie Underwood | Wine After Whiskey | SR0000700157 |
| Carrie Underwood | Who Are You | SR0000700157 |
| Kix Brooks | New to This Town | SR0000709239 |
| Kix Brooks | Moonshine Road | SR0000709239 |
| Kix Brooks | Bring It On Home | SR0000709239 |
| Kix Brooks | There's the Sun | SR0000709239 |
| Kix Brooks | Complete 360 | SR0000709239 |
| Kix Brooks | My Baby | SR0000709239 |
| Kix Brooks | Tattoo | SR0000709239 |
| Kix Brooks | In the Right Place | SR0000709239 |
| Kix Brooks | Next to That Woman | SR0000709239 |
| Kix Brooks | Let's Do This Thing | SR0000709239 |
| Kix Brooks | Closin' Time At Home | SR0000709239 |
| Kix Brooks | She Knew I Was a Cowboy | SR0000709239 |
| Ronnie Dunn | Singer In A Cowboy Band | SR0000681910 |
| Ronnie Dunn | I Don't Dance | SR0000681910 |
| Ronnie Dunn | Your Kind Of Love | SR0000681910 |
| Ronnie Dunn | How Far To Waco | SR0000681910 |
| Ronnie Dunn | Once | SR0000681910 |
| Ronnie Dunn | Cost Of Livin' | SR0000681910 |
| Ronnie Dunn | Bleed Red | SR0000681910 |
| Ronnie Dunn | Last Love I'm Tryin' | SR0000681910 |
| Ronnie Dunn | Let The Cowboy Rock | SR0000681910 |
| Ronnie Dunn | I Can't Help Myself | SR0000681910 |
| Ronnie Dunn | I Just Get Lonely | SR0000681910 |
| Ronnie Dunn | Love Owes Me One | SR0000681910 |
| Sara Evans | Desperately | SR0000674205 |
| Sara Evans | A Little Bit Stronger | SR0000674205 |
| Sara Evans | My Heart Can't Tell You No | SR0000674205 |
| Sara Evans | Anywhere | SR0000674205 |
| Sara Evans | Alone | SR0000674205 |
| Sara Evans | Ticket To Ride | SR0000674205 |
| Sara Evans | Life Without Losing | SR0000674205 |
| Sara Evans | What That Drink Cost Me | SR0000674205 |
| Sara Evans | Wildfire | SR0000674205 |
| Sara Evans | Born To Fly (Bluegrass Version) | SR0000674205 |
| Willie Nelson | A Horse Called Music | SR0000111247 |
| Willie Nelson | Roll Me Up | SR0000701456 |
| Willie Nelson | That's All There Is to This Song | SR0000701456 |
| Willie Nelson | No Place to Fly | SR0000701456 |
| Willie Nelson | Every Time He Drinks He Thinks of Her | SR0000701456 |
| Willie Nelson | Come On Up to the House | SR0000701456 |
| Willie Nelson | Hero | SR0000701456 |
| Willie Nelson | My Window Faces the South | SR0000701456 |
| Willie Nelson | The Sound of Your Memory | SR0000701456 |
| Willie Nelson | Cold War With You | SR0000701456 |
| Willie Nelson | Just Breathe | SR0000701456 |
| Willie Nelson | Home In San Antone | SR0000701456 |
| Willie Nelson | Come On Back Jesus | SR0000701456 |
| Willie Nelson | The Scientist | SR0000701456 |
| Olive | You're Not Alone | SR0000241686 |
| Barbra Streisand | The Island | SR0000284184 |
| Celine Dion | Have You Ever Been In Love | SR0000311366 |
| Harry Connick, Jr. | Smile | SR0000636906 |
| James Taylor | Only A Dream In Rio | SR0000068536 |
| James Taylor | How Sweet It Is (To Be Loved By You) | SR0000173201 |
| Paul Simon | You Can Call Me Al | SR0000079610 |
| Quincy Jones | Just Once | SR0000025221 |
| Sade | By Your Side | SR0000298354 |
| Sarah McLachlan | Forgiveness | SR0000661978 |
| Sarah McLachlan | Ice Cream | SR0000200152 |
| Susan Boyle | Wild Horses | SR0000645076 |
| T. Bennett & P. McCartney | The Very Thought... | SR0000396204 |
| Bob Dylan | Tangled Up In Blue | RE0000926712 |
| Bruce Hornsby | The Way It Is | SR0000071024 |
| Bruce Springsteen | Glory Days | SR0000055647 |
| Bruce Springsteen | Prove It All Night | SR0000008335 |
| Cyndi Lauper | Girls Just Wanna... | SR0000050827 |
| Dead or Alive | You Spin Me Rou... | SR0000068224 |
| Hall & Oates | Rich Girl | SR0000016854 |
| Neil Diamond | Forever In Blue Jeans | SR0000006537 |

Exhibit A:

Representative List of Post-1971 Works at Issue Owned by Arista Music, Arista Records LLC, LaFace Records LLC, Sony Music Entertainment, Sony Music Entertainment U.S. Latin LLC, and Zomba Recording LLC.

| Artist | Title | SR # |
|---|---|---|
| Steve Perry | Oh Sherrie | SR0000059052 |
| The Allman Brothers | Melissa | SR0001148620 |
| 2AM Club | Worry About You | SR0000666589 |
| Adele | Set Fire To The Rain | SR0000673074 |
| Avril Lavigne | Wish You Were Here | SR0000680182 |
| Beyoncé | Countdown | SR0000683948 |
| Beyoncé | Love On Top | SR0000683948 |
| Britney Spears | Criminal | SR0000673693 |
| Chris Brown & Benny Benassi | Beautiful People | SR0000679366 |
| John Mayer & Taylor Swift | Half of My... | SR0000650569 |
| KeSha | We R Who We R | SR0000670406 |
| Mike Posner | Please Don't Go | SR0000657938 |
| Pink | Raise Your Glass | SR0000671699 |
| Sara Bareilles | King of Anything | SR0000661968 |
| Usher | DJ Got Us Fallin' In Love | SR0000661970 |
| Alicia Keys | No One | SR0000627148 |
| Alicia Keys | You Don't Know My Name | SR0000346869 |
| Beyoncé | Party (feat. André 3000) | SR0000709270 |
| Blu Cantrell | Hit 'Em Up Style (Oops!) | SR0000300390 |
| Chris Brown (Feat. Tyga & Kevin McCall) | Deuces | SR0000679366 |
| Jazmine Sullivan | 10 Seconds | SR0000673076 |
| Jennifer Hudson | No One Gonna Love You | SR0000674220 |
| Jennifer Lopez | I'm Real | SR0000293297 |
| Joe | Stutter | SR0000284505 |
| John Legend | Save Room | SR0000388476 |
| Justin Timberlake | Like I Love You | SR0000321888 |
| Mario | Let Me Love You | SR0000361595 (Single) |
| Miguel (Feat. J. Cole) | All I Want Is You | SR0000673073 |
| Monica | Love All Over Me | SR0000651485 |
| R. Kelly | If I Could Turn Back The Hands Of... | SR0000260868 |
| Sade | Smooth Operator | SR0000069105 |
| Toni Braxton | Un-Break My Heart | SR0000233892 |
| Usher | Lay You Down | SR0000652023 |
| Usher | Bad Girl | SR0000354784 |
| Usher (Feat. Jay Z) | Hot Tottie | SR0000652023 |
| Foo Fighters | Walk | SR0000677691 |
| Incubus | If Not Now, When? | SR0000692154 |
| Kings of Leon | Radioactive | SR0000666972/SR0000670217 (Deluxe Edition) |
| Kings of Leon | Pyro | SR0000666972 |
| The Strokes | Under Cover of Darkness | SR0000678099 |
| Three Days Grace | World So Cold | SR0000641798 |
| Adam Lambert | Trespassing | SR0000700551 |
| Adam Lambert | Cuckoo | SR0000700551 |
| Adam Lambert | Shady | SR0000700551 |
| Adam Lambert | Never Close Our Eyes | SR0000700551 |
| Adam Lambert | Kickin' In | SR0000700551 |
| Adam Lambert | Naked Love | SR0000700551 |
| Adam Lambert | Pop That Lock | SR0000700551 |
| Adam Lambert | Better Than I Know Myself | SR0000700551 |
| Adam Lambert | Broken English | SR0000700551 |
| Adam Lambert | Underneath | SR0000700551 |
| Adam Lambert | Chokehold | SR0000700551 |
| Adam Lambert | Outlaws of Love | SR0000700551 |
| Adele | Rolling In The Deep | SR0000673074 |
| Adele | Rumour Has It | SR0000673074 |
| Adele | Turning Tables | SR0000673074 |
| Adele | Don't You Remember | SR0000673074 |
| Adele | Set Fire To The Rain | SR0000673074 |
| Adele | He Won't Go | SR0000673074 |
| Adele | Take It All | SR0000673074 |
| Adele | I'll Be Waiting | SR0000673074 |
| Adele | One And Only | SR0000673074 |
| Adele | Lovesong | SR0000673074 |
| Adele | Someone Like You | SR0000673074 |
| Band of Horses | Knock Knock | SR0000722770 |
| Band of Horses | How to Live | SR0000722770 |
| Band of Horses | Slow Cruel Hands of Time | SR0000722770 |
| Band of Horses | A Little Biblical | SR0000722770 |
| Band of Horses | Shut-in Tourist | SR0000722770 |
| Band of Horses | Dumpster World | SR0000722770 |
| Band of Horses | Electric Music | SR0000722770 |
| Band of Horses | Everything's Gonna Be Undone | SR0000722770 |
| Band of Horses | Feud | SR0000722770 |
| Band of Horses | Long Vows | SR0000722770 |

Exhibit A:

Representative List of Post-1971 Works at Issue Owned by Arista Music, Arista Records LLC, LaFace Records LLC, Sony Music Entertainment, Sony Music Entertainment U.S. Latin LLC, and Zomba Recording LLC.

| Artist | Title | SR # |
|---|---|---|
| Band of Horses | Heartbreak On the 101 | SR0000722770 |
| Band of Horses | Ego Nightmare | SR0000722770 |
| Beyonce | 1 Plus 1 | SR0000683948 |
| Beyonce | I Care | SR0000683948 |
| Beyonce | I Miss You | SR0000683948 |
| Beyonce | Best Thing I Never Had | SR0000683948 |
| Beyonce | Party | SR0000683948 |
| Beyonce | Rather Die Young | SR0000683948 |
| Beyonce | Start Over | SR0000683948 |
| Beyonce | Love On Top | SR0000683948 |
| Beyonce | Countdown | SR0000683948 |
| Beyonce | End Of Time | SR0000683948 |
| Beyonce | I Was Here | SR0000683948 |
| Beyonce | Run The World (Girls) | SR0000683948 |
| Bob Dylan | Duquesne Whistle | SR0000713461 |
| Bob Dylan | Soon After Midnight | SR0000713461 |
| Bob Dylan | Narrow Way | SR0000713461 |
| Bob Dylan | Long and Wasted Years | SR0000713461 |
| Bob Dylan | Pay In Blood | SR0000713461 |
| Bob Dylan | Scarlet Town | SR0000713461 |
| Bob Dylan | Early Roman Kings | SR0000713461 |
| Bob Dylan | Tin Angel | SR0000713461 |
| Bob Dylan | Tempest | SR0000713461 |
| Bob Dylan | Roll On John | SR0000713461 |
| Bruce Springsteen | Born In The USA | SR0000055647 |
| Bruce Springsteen | Cover Me | SR0000055647 |
| Bruce Springsteen | Darlington County | SR0000055647 |
| Bruce Springsteen | Working On The Highway | SR0000055647 |
| Bruce Springsteen | Downbound Train | SR0000055647 |
| Bruce Springsteen | I'm On Fire | SR0000055647 |
| Bruce Springsteen | No Surrender | SR0000055647 |
| Bruce Springsteen | Bobby Jean | SR0000055647 |
| Bruce Springsteen | I'm Goin' Down | SR0000055647 |
| Bruce Springsteen | Glory Days | SR0000055658 |
| Bruce Springsteen | Dancing In The Dark | SR0000055647 |
| Bruce Springsteen | My Hometown | SR0000705192 |
| Bruce Springsteen | We Take Care Of Our Own | SR0000705192 |
| Bruce Springsteen | Easy Money | SR0000705192 |
| Bruce Springsteen | Shackled and Drawn | SR0000705192 |
| Bruce Springsteen | Jack of All Trades | SR0000705192 |
| Bruce Springsteen | Death to My Hometown | SR0000705192 |
| Bruce Springsteen | This Depression | SR0000705192 |
| Bruce Springsteen | Wrecking Ball | SR0000705192 |
| Bruce Springsteen | You've Got It | SR0000705192 |
| Bruce Springsteen | Rocky Ground | SR0000705192 |
| Bruce Springsteen | Land of Hope And Dreams | SR0000705192 |
| Bruce Springsteen | We Are Alive | SR0000705192 |
| Bruce Springsteen | Swallowed Up (In The Belly Of The...) | SR0000705192 |
| Bruce Springsteen | American Land | SR0000705192 |
| Foo Fighters | Bridge Burning | SR0000677691 |
| Foo Fighters | Rope | SR0000677691 |
| Foo Fighters | Dear Rosemary | SR0000677691 |
| Foo Fighters | White Limo | SR0000677691 |
| Foo Fighters | Arlandria | SR0000677691 |
| Foo Fighters | These Days | SR0000677691 |
| Foo Fighters | Back & Forth | SR0000677691 |
| Foo Fighters | A Matter Of Time | SR0000677691 |
| Foo Fighters | Miss The Misery | SR0000677691 |
| Foo Fighters | I Should Have Known | SR0000677691 |
| Foo Fighters | Walk | SR0000677691 |
| Glee Cast | Don't Stop Believin' | SR0000685895 |
| Glee Cast | Dog Days Are Over | SR0000685895 |
| Glee Cast | Sing | SR0000685895 |
| Glee Cast | I'm A Slave 4 U | SR0000685895 |
| Glee Cast | Fat Bottomed Girls | SR0000685895 |
| Glee Cast | I Want To Hold Your Hand | SR0000685895 |
| Glee Cast | Ain't No Way | SR0000685895 |
| Glee Cast | P.Y.T. (Pretty Young Thing) | SR0000685895 |
| Glee Cast | Born This Way | SR0000685895 |
| Glee Cast | Firework | SR0000685895 |
| Glee Cast | Teenage Dream | SR0000685895 |
| Glee Cast | Silly Love Songs | SR0000685895 |
| Glee Cast | Raise Your Glass | SR0000685895 |
| Glee Cast | Happy Days Are Here Again | SR0000685895 |
| Glee Cast | Lucky | SR0000685895 |

Exhibit A:

Representative List of Post-1971 Works at Issue Owned by Arista Music, Arista Records LLC, LaFace Records LLC, Sony Music Entertainment, Sony Music Entertainment U.S. Latin LLC, and Zomba Recording LLC.

| Artist | Title | SR # |
|---|---|---|
| Glee Cast | River Deep, Mountain High | SR0000685895 |
| Glee Cast | Forget You | SR0000685895 |
| Glee Cast | Don't Rain On My Parade | SR0000685895 |
| Glee Cast | Jessie's Girl | SR0000685895 |
| Glee Cast | Valerie | SR0000685895 |
| Glee Cast | Loser Like Me | SR0000685895 |
| Glee Cast | Safety Dance | SR0000685895 |
| Glee Cast | Somebody To Love | SR0000685895 |
| Glee Cast | You Can't Stop the Beat | SR0000706326 |
| Glee Cast | It's Not Unusual | SR0000706326 |
| Glee Cast | Somewhere | SR0000706326 |
| Glee Cast | Run the World (Girls) | SR0000706326 |
| Glee Cast | Fix You | SR0000706326 |
| Glee Cast | Last Friday Night | SR0000706326 |
| Glee Cast | Uptown Girl | SR0000706326 |
| Glee Cast | Tonight | SR0000706326 |
| Glee Cast | Hot for Teacher | SR0000706326 |
| Glee Cast | Rumor Has It / Someone Like You | SR0000706326 |
| Glee Cast | Girls Just Want to Have Fun | SR0000706326 |
| Glee Cast | Constant Craving | SR0000706326 |
| Glee Cast | ABC | SR0000706326 |
| Glee Cast | Control | SR0000706326 |
| Glee Cast | Man In the Mirror | SR0000706326 |
| Jack White | Missing Pieces | SR0000699383 |
| Jack White | Sixteen Saltines | SR0000699383 |
| Jack White | Freedom At 21 | SR0000699383 |
| Jack White | Love Interruption | SR0000699383 |
| Jack White | Blunderbuss | SR0000699383 |
| Jack White | Hypocritical Kiss | SR0000699383 |
| Jack White | Weep Themselves To Sleep | SR0000699383 |
| Jack White | I'm Shakin' | SR0000699383 |
| Jack White | Trash Tongue Talker | SR0000699383 |
| Jack White | Hip (Eponymous) Poor Boy | SR0000699383 |
| Jack White | I Guess I Should Go To Sleep | SR0000699383 |
| Jack White | On and On and On | SR0000699383 |
| Jack White | Take Me With You When You Go | SR0000699383 |
| Jennifer Hudson | No One Gonna Love You | SR0000674220 |
| Jennifer Hudson | I Got This | SR0000674220 |
| Jennifer Hudson | Where You At | SR0000674220 |
| Jennifer Hudson | Angel | SR0000674220 |
| Jennifer Hudson | I Remember Me | SR0000674220 |
| Jennifer Hudson | Gone | SR0000674220 |
| Jennifer Hudson | Everybody Needs Love | SR0000674220 |
| Jennifer Hudson | Why Is It So Hard | SR0000674220 |
| Jennifer Hudson | Don't Look Down | SR0000674220 |
| Jennifer Hudson | Still Here | SR0000674220 |
| Jennifer Hudson | Feeling Good | SR0000674220 |
| Jennifer Hudson | Believe | SR0000674220 |
| John Legend | Hard Times | SR0000674877 |
| John Legend | Compared To What | SR0000674877 |
| John Legend | Wake Up Everybody | SR0000674877 |
| John Legend | Our Generation | SR0000674877 |
| John Legend | Little Ghetto Boy | SR0000674877 |
| John Legend | Little Ghetto | SR0000674877 |
| John Legend | Hang On In There | SR0000674877 |
| John Legend | Humanity | SR0000674877 |
| John Legend | Wholy Holy | SR0000674877 |
| John Legend | I Can't Write Left Handed | SR0000674877 |
| John Legend | I Wish I Knew How It Would Feel To... | SR0000674877 |
| John Legend | Shine | SR0000674877 |
| John Mayer | Queen of California | SR0000701446 |
| John Mayer | The Age of Worry | SR0000701446 |
| John Mayer | Shadow Days | SR0000701446 |
| John Mayer | Speak for Me | SR0000701446 |
| John Mayer | Something Like Olivia | SR0000701446 |
| John Mayer | Born and Raised | SR0000701446 |
| John Mayer | If I Ever Get Around to Living | SR0000701446 |
| John Mayer | Love Is a Verb | SR0000701446 |
| John Mayer | Walt Grace's Submarine... | SR0000701446 |
| John Mayer | Whiskey, Whiskey, Whiskey | SR0000701446 |
| John Mayer | A Face to Call Home | SR0000701446 |
| John Mayer | Born and Raised (Reprise) | SR0000701446 |
| John Mayer | Fool to Love You | SR0000670406 |
| Ke$ha | Cannibal | SR0000670406 |
| Ke$ha | We R Who We R | |

Exhibit A:

Representative List of Post-1971 Works at Issue Owned by Arista Music, Arista Records LLC, LaFace Records LLC, Sony Music Entertainment, Sony Music Entertainment U.S. Latin LLC, and Zomba Recording LLC.

| Artist | Title | SR# |
|---|---|---|
| Ke$ha | Sleazy | SR0000670406 |
| Ke$ha | Blow | SR0000670406 |
| Ke$ha | The Harold Song | SR0000670406 |
| Ke$ha | Crazy Beautiful Life | SR0000670406 |
| Ke$ha | Grow A Pear | SR0000670406 |
| Ke$ha | C U Next Tuesday | SR0000670406 |
| Ke$ha | Animal (Billboard Remix) | SR0000670406 |
| Kelly Clarkson | Mr. Know It All | SR0000693113 |
| Kelly Clarkson | Stronger | SR0000693113 |
| Kelly Clarkson | Dark Side | SR0000693113 |
| Kelly Clarkson | Honestly | SR0000693113 |
| Kelly Clarkson | You Love Me | SR0000693113 |
| Kelly Clarkson | Einstein | SR0000693113 |
| Kelly Clarkson | Standing In Front Of You | SR0000693113 |
| Kelly Clarkson | I Forgive You | SR0000693113 |
| Kelly Clarkson | Hello | SR0000693113 |
| Kelly Clarkson | The War Is Over | SR0000693113 |
| Kelly Clarkson | Let Me Down | SR0000693113 |
| Kelly Clarkson | You Can't Win | SR0000693113 |
| Kelly Clarkson | Breaking Your Own Heart | SR0000693113 |
| Kelly Clarkson | Don't You Wanna Stay | SR0000693113 |
| Kelly Clarkson | Alone | SR0000693113 |
| Kelly Clarkson | Don't Be a Girl About It | SR0000693113 |
| Kelly Clarkson | The Sun Will Rise | SR0000693113 |
| Michael Jackson | Wanna Be Startin' Somethin' | SR0000041965 |
| Michael Jackson | Baby Be Mine | SR0000041965 |
| Michael Jackson | The Girl Is Mine | SR0000042782 |
| Michael Jackson | Thriller | SR0000041965 |
| Michael Jackson | Beat It | SR0000041965 |
| Michael Jackson | Billie Jean | SR0000041965 |
| Michael Jackson | Human Nature | SR0000041965 |
| Michael Jackson | P.Y.T. (Pretty Young Thing) | SR0000041965 |
| Michael Jackson | The Lady In My Life | SR0000041965 |
| Michael Jackson | Interview - Quincy Jones | SR0000041965 |
| Michael Jackson | Someone In The Dark | SR0000041965 |
| Michael Jackson | Interview - Quincy Jones | SR0000041965 |
| Michael Jackson | Billie Jean (Home Demo From 1981) | SR0000041965 |
| Michael Jackson | Interview - Quincy Jones | SR0000041965 |
| Michael Jackson | Interview - Rod Temperton | SR0000041965 |
| Michael Jackson | Interview - Quincy Jones | SR0000041965 |
| Michael Jackson | Voice-Over Session from 'Thriller' | SR0000041965 |
| Michael Jackson | Interview - Rod Temperton | SR0000041965 |
| Michael Jackson | Interview - Quincy Jones | SR0000041965 |
| Michael Jackson | Carousel | SR0000041965 |
| Michael Jackson | Interview - Quincy Jones | SR0000041965 |
| Monica | New Life (Intro) | SR0000700530 |
| Monica | It All Belongs to Me | SR0000700530 |
| Monica | Daddy's Good Girl | SR0000700530 |
| Monica | Man Who Has Everything | SR0000700530 |
| Monica | Big Mistake | SR0000700530 |
| Monica | Take a Chance | SR0000700530 |
| Monica | Without You | SR0000700530 |
| Monica | Until It's Gone | SR0000700530 |
| Monica | Amazing | SR0000700530 |
| Monica | Cry | SR0000700530 |
| Monica | Time to Move On | SR0000700530 |
| Monica | New Life (Outro) | SR0000700530 |
| One Direction | What Makes You Beautiful | SR0000703645 |
| One Direction | Gotta Be You | SR0000703645 |
| One Direction | One Thing | SR0000703645 |
| One Direction | More Than This | SR0000703645 |
| One Direction | Up All Night | SR0000703645 |
| One Direction | I Wish | SR0000703645 |
| One Direction | Tell Me a Lie | SR0000703645 |
| One Direction | Taken | SR0000703645 |
| One Direction | I Want | SR0000703645 |
| One Direction | Everything About You | SR0000703645 |
| One Direction | Same Mistakes | SR0000703645 |
| One Direction | Save You Tonight | SR0000703645 |
| One Direction | Stole My Heart | SR0000703645 |
| Pink | Are We All We Are? | SR0000709056 |
| Pink | Blow Me (One Last Kiss) | SR0000709056 |
| Pink | Try | SR0000709056 |
| Pink | Just Give Me a Reason | SR0000709056 |
| Pink | True Love | SR0000709056 |

Exhibit A:

Representative List of Post-1971 Works at Issue Owned by Arista Music, Arista Records LLC, LaFace Records LLC, Sony Music Entertainment, Sony Music Entertainment U.S. Latin LLC, and Zomba Recording LLC.

| Artist | Title | SR # |
|---|---|---|
| Pink | How Come You're Not Here? | SR0000709056 |
| Pink | Slut Like You | SR0000709056 |
| Pink | The Truth About Love | SR0000709056 |
| Pink | Beam Me Up | SR0000709056 |
| Pink | Walk of Shame | SR0000709056 |
| Pink | Here Comes the Weekend | SR0000709056 |
| Pink | Where Did the Beat Go? | SR0000709056 |
| Pink | The Great Escape | SR0000709056 |
| Pink | Chaos & Piss | SR0000709056 |
| Pink | Timebomb | SR0000709056 |
| R. Kelly | Love Is | SR0000709052 |
| R. Kelly | Feelin' Single | SR0000709052 |
| R. Kelly | Lady Sunday | SR0000709052 |
| R. Kelly | When a Man Lies | SR0000709052 |
| R. Kelly | Clipped Wings | SR0000709052 |
| R. Kelly | Believe That It's So | SR0000709052 |
| R. Kelly | Fool for You | SR0000709052 |
| R. Kelly | All Rounds On Me | SR0000709052 |
| R. Kelly | Believe In Me | SR0000709052 |
| R. Kelly | Green Light | SR0000709052 |
| R. Kelly | Party Jumpin' | SR0000709052 |
| R. Kelly | Share My Love | SR0000709052 |
| Rita Ora | Facemelt | SR0000713187 |
| Rita Ora | Roc the Life | SR0000713187 |
| Rita Ora | How We Do (Party) | SR0000713187 |
| Rita Ora | Radioactive | SR0000713187 |
| Rita Ora | Shine Ya Light | SR0000713187 |
| Rita Ora | Love and War | SR0000713187 |
| Rita Ora | Uneasy | SR0000713187 |
| Rita Ora | Fall in Love | SR0000713187 |
| Rita Ora | Been Lying | SR0000713187 |
| Rita Ora | Hello, Hi, Goodbye | SR0000713187 |
| Rita Ora | Hot Right Now | SR0000713187 |
| Rita Ora | Crazy Girl | SR0000713187 |
| Rita Ora | Young, Single & Sexy | SR0000713187 |
| Rita Ora | Meet Ya | SR0000713187 |
| Rod Stewart | Long Ago And Far Away | SR0000374867 |
| Rod Stewart | Someone To Watch Over Me | SR0000678020 |
| Rod Stewart | They Can't Take That Away From... | SR0000320530 |
| Rod Stewart | Beyond The Sea | SR0000666032 |
| Rod Stewart | You'll Never Know | SR0000678020 |
| Rod Stewart | Time After Time | SR0000342281 |
| Rod Stewart | I Can't Get Started | SR0000320530 |
| Rod Stewart | The Way You Look Tonight | SR0000320530 |
| Rod Stewart | Bye Bye Blackbird | SR0000666032 |
| Rod Stewart | These Foolish Things | SR0000320530 |
| Rod Stewart | But Not For Me | SR0000361133 |
| Rod Stewart | What A Wonderful World | SR0000361133 |
| Rod Stewart | My Foolish Heart | SR0000666032 |
| Rod Stewart | I'll Be Seeing You | SR0000320530 |
| Shakira | How Do You Do | SR0000402672 |
| Shakira | Illegal | SR0000402672 |
| Shakira | Hips Don't Lie | SR0000402672 |
| Shakira | Animal City | SR0000402672 |
| Shakira | The Day And The Time | SR0000402672 |
| Shakira | Dreams For Plans | SR0000402672 |
| Shakira | Hey You | SR0000402672 |
| Shakira | Your Embrace | SR0000402672 |
| Shakira | Costume Makes The Clown | SR0000402672 |
| Shakira | Something | SR0000402672 |
| Shakira | Timor | SR0000402672 |
| Shakira | La Tortura (Alternate Version) | SR0000402672 |
| Susan Boyle | You Have to Be There | SR0000712482 |
| Susan Boyle | Unchained Melody | SR0000712482 |
| Susan Boyle | Enjoy the Silence | SR0000712482 |
| Susan Boyle | Both Sides Now | SR0000712482 |
| Susan Boyle | Lilac Wine | SR0000712482 |
| Susan Boyle | Mad World | SR0000712482 |
| Susan Boyle | Autumn Leaves | SR0000712482 |
| Susan Boyle | This Will Be The Year | SR0000712482 |
| Susan Boyle | Return | SR0000712482 |
| Susan Boyle | Someone to Watch Over Me | SR0000712482 |
| The Clash | Know Your Rights | SR0000034959 |
| The Clash | Car Jamming | SR0000034959 |
| The Clash | Should I Stay Or Should I Go | SR0000034959 |

Exhibit A:

Representative List of Post-1971 Works at Issue Owned by Arista Music, Arista Records LLC, LaFace Records LLC, Sony Music Entertainment, Sony Music Entertainment U.S. Latin LLC, and Zomba Recording LLC.

| Artist | Title | SR# |
|---|---|---|
| The Clash | Rock The Casbah | SR0000034959 |
| The Clash | Red Angel Dragnet | SR0000034959 |
| The Clash | Straight To Hell | SR0000034959 |
| The Clash | Overpowered By Funk | SR0000034959 |
| The Clash | Atom Tan | SR0000034959 |
| The Clash | Sean Flynn | SR0000034959 |
| The Clash | Ghetto Defendant | SR0000034959 |
| The Clash | Inoculated City | SR0000034959 |
| The Clash | Death Is A Star | SR0000034959 |
| The Script | Good Ol' Days | SR0000710171 |
| The Script | Six Degrees of Separation | SR0000710171 |
| The Script | Hall of Fame | SR0000710171 |
| The Script | If You Could See Me Now | SR0000710171 |
| The Script | Glowing | SR0000710171 |
| The Script | Give the Love Around | SR0000710171 |
| The Script | Broken Arrow | SR0000710171 |
| The Script | Kaleidoscope | SR0000710171 |
| The Script | No Words | SR0000710171 |
| The Script | Millionaires | SR0000710171 |
| The Shins | The Rifle's Spiral | SR0000700158 |
| The Shins | Simple Song | SR0000700158 |
| The Shins | It's Only Life | SR0000700158 |
| The Shins | Bait and Switch | SR0000700158 |
| The Shins | September | SR0000700158 |
| The Shins | No Way Down | SR0000700158 |
| The Shins | For a Fool | SR0000700158 |
| The Shins | Fall of '82 | SR0000700158 |
| The Shins | 40 Mark Strasse | SR0000700158 |
| The Shins | Port of Morrow | SR0000700158 |
| The Shins | Pariah King | SR0000700158 |
| The Strokes | Machu Picchu | SR0000678099 |
| The Strokes | Under Cover Of Darkness | SR0000678099 |
| The Strokes | Two Kinds Of Happiness | SR0000678099 |
| The Strokes | You're So Right | SR0000678099 |
| The Strokes | Taken For A Fool | SR0000678099 |
| The Strokes | Games | SR0000678099 |
| The Strokes | Call Me Back | SR0000678099 |
| The Strokes | Gratisfaction | SR0000678099 |
| The Strokes | Metabolism | SR0000678099 |
| The Strokes | Life Is Simple In The Moonlight | SR0000678099 |
| Train | This'll Be My Year | SR0000700152 |
| Train | Drive By | SR0000700152 |
| Train | Feels Good At First | SR0000700152 |
| Train | Bruises (feat. Ashley Monroe) | SR0000700152 |
| Train | 50 Ways to... | SR0000700152 |
| Train | You Can Finally Meet My Mom | SR0000700152 |
| Train | Sing Together | SR0000700152 |
| Train | Mermaid | SR0000700152 |
| Train | California 37 | SR0000700152 |
| Train | We Were Made for This | SR0000700152 |
| Train | When the Fog Rolls In | SR0000700152 |
| Train | To Be Loved | SR0000700152 |
| Pitbull | Give Me Everything | SR0000683282/SR0000681904 (Explicit version) |
| Britney Spears | Till The World Ends | SR0000673693 |
| Hot Chelle Rae | Tonight, Tonight | SR0000677539 |
| Julieta Venegas | Despedida | SR0000643773 |
| Marc Anthony | Abrázame Muy Fuerte | SR0000654928 |
| Noel Schajris | Quien Como Tu | SR0000683937 |
| Noel Schajris | La Incondicional | SR0000683937 |
| Noel Schajris | Báchata Rosa | SR0000683937 |
| Noel Schajris | Quiero Dormir Cansado | SR0000683937 |
| Noel Schajris | A Medio Vivir | SR0000683937 |
| Noel Schajris | Tu Carcel | SR0000683937 |
| Noel Schajris | Te Amo | SR0000683937 |
| Noel Schajris | Lamento Boliviano | SR0000683937 |
| Noel Schajris | Si Tu Supieras | SR0000683937 |
| Noel Schajris | Mi Historia Entre Tus Dedos | SR0000683937 |
| Noel Schajris | Tears In Heaven | SR0000683937 |
| Noel Schajris | Me Va A Extranar | SR0000683937 |

# Exhibit B

Exhibit B:

Representative List of Pre-1972 Works at Issue Owned by Arista Music, Arista Records LLC, LaFace Records LLC, Sony Music Entertainment, Sony Music Entertainment U.S. Latin LLC, and Zomba Recording LLC.

| Artist | Title |
|---|---|
| Benny Goodman | How Am I... |
| Charles Mingus | Mood Indigo |
| Dave Brubeck | A Fine Romance |
| Duke Ellington | Satin Doll |
| Duke Ellington & John Coltrane | In A Sentimental... |
| Julie London | All Through... |
| Miles Davis | Stella By Starlight |
| Vince Guaraldi | Cast Your Fate To... |
| Aretha Franklin | Little Brown Book |
| Aretha Franklin | Trouble In Mind |
| Aretha Franklin | Try A Little Tenderness |
| Aretha Franklin | It Ain't Necessarily So |
| Aretha Franklin | How Deep Is The Ocean |
| Aretha Franklin | Cold, Cold Heart |
| Aretha Franklin | Love For Sale |
| Aretha Franklin | How Glad I Am |
| Aretha Franklin | Skylark |
| Aretha Franklin | This Bitter Earth |
| Aretha Franklin | Ac-Cent-Tchu-Ate The Positive |
| Aretha Franklin | What A Diff'rence A Day Made |
| Aretha Franklin | Only The Lonely |
| Aretha Franklin | Rock-A-Bye Your Baby With A Dixie... |
| Aretha Franklin | God Bless The Child |
| Aretha Franklin | Say It Isn't So |
| Aretha Franklin | Are You Sure |
| Aretha Franklin | That Lucky Old Sun |
| Carole King | You've Got a Friend |
| Rosemary Clooney | Tenderly |
| Sam Cooke | Cupid |
| Tony Bennett | Best Is Yet To Come |
| Earth Wind & Fire | Shining Star |
| Elvis Presley | Suspicious Minds |
| Perry Como | Wanted |
| Roy Orbison | Oh Pretty Woman |
| Santana | Evil Ways |
| The Guess Who | No Time |
| The Nolans | I'm In the Mood... |
| Janis Joplin | Move Over |
| Janis Joplin | Cry Baby |
| Janis Joplin | A Woman Left Lonely |
| Janis Joplin | Half Moon |
| Janis Joplin | Buried Alive In The Blues |
| Janis Joplin | My Baby |
| Janis Joplin | Me And Bobby McGee |
| Janis Joplin | Mercedes Benz |
| Janis Joplin | Trust Me |
| Janis Joplin | Get It While You Can |
| Janis Joplin | Tell Mama (Live) |
| Janis Joplin | Little Girl Blue (Live) |
| Janis Joplin | Try (Just A Little Bit Harder) |
| Janis Joplin | Cry Baby (Live) |
| Jimi Hendrix | Purple Haze |

Exhibit B:
Representative List of Pre-1972 Works at Issue Owned by Arista Music, Arista Records LLC, LaFace Records LLC, Sony Music Entertainment, Sony Music Entertainment U.S. Latin LLC, and Zomba Recording LLC.

| Artist | Title |
|---|---|
| Jimi Hendrix | Fire |
| Jimi Hendrix | The Wind Cries Mary |
| Jimi Hendrix | Hey Joe |
| Jimi Hendrix | All Along The Watchtower |
| Jimi Hendrix | Stone Free |
| Jimi Hendrix | Crosstown Traffic |
| Jimi Hendrix | Manic Depression |
| Jimi Hendrix | Little Wing |
| Jimi Hendrix | If 6 Was 9 |
| Jimi Hendrix | Foxey Lady |
| Jimi Hendrix | Bold As Love |
| Jimi Hendrix | Castles Made Of Sand |
| Jimi Hendrix | Red House |
| Jimi Hendrix | Voodoo Child (Slight Return) |
| Jimi Hendrix | Freedom |
| Jimi Hendrix | Night Bird Flying |
| Jimi Hendrix | Angel |
| Jimi Hendrix | Dolly Dagger |
| Jimi Hendrix | Star Spangled Banner |
| Santana | Singing Winds, Crying Beasts |
| Santana | Black Magic Woman / Gypsy... |
| Santana | Oye Como Va |
| Santana | Incident At Neshabur |
| Santana | Se A Cabo |
| Santana | Mother's Daughter |
| Santana | Samba Pa Ti |
| Santana | Hope You're Feeling Better |
| Santana | El Nicoya |
| Santana | Se A Cabo (Live) |
| Santana | Toussaint L'Overture (Live) |
| Santana | Black Magic Woman / Gypsy... |