UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/14
```

ARISTA MUSIC, ARISTA MUSIC LLC, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT US LATIN LLC, AND ZOMBA RECORDING LLC,

                Plaintiffs,

-against-

UNITED AIRLINES, INC.; INFLIGHT PRODUCTIONS LTD.; RIGHTSCOM LTD.; and INFLIGHT AUDIO, LTD.,

                Defendants.

13 Civ. 7451 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the parties' settlement discussions, it is ORDERED that all pending motions are denied without prejudice to renewal. The case management conference scheduled for August 25, 2014, is ADJOURNED *sine die*.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 35, 38, 87, 93, and 99.

    SO ORDERED.

Dated: August 4, 2014
       New York, New York

                                          ANALISA TORRES
                                    United States District Judge