919 THIRD AVENUE  NEW YORK  NEW YORK  10022-3908                    JENNER&BLOCK LLP

October 14, 2014

Andrew H. Bart
Tel  212 891-1645
Fax 212 909-0805
abart@jenner.com

**By ECF and Electronic Mail**

The Honorable Analisa Torres
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15D
New York, New York 10007

      Re:   *Arista Music, et al. v. United Airlines, et al.*, No. 13 Civ. 7451 (AT)

Dear Judge Torres:

      We represent the Plaintiffs in the above captioned action and write on behalf of counsel for all parties to request a two-week extension of the date by which Plaintiffs may reopen the action. Under your Honor's order dated September 15, 2014 (ECF 125), the date by which Plaintiffs may reopen the action is October 15, 2014. The parties have successfully drafted and agreed upon the terms of confidential settlement agreements. They expect to finalize the details of those settlement agreements by the end of next week and to submit a Stipulation of Dismissal with Prejudice immediately thereafter. Given the foregoing, the parties respectfully submit that extending the date for reinstatement of the action by two weeks will allow the parties to know with certainty that this litigation is over when the time for reopening the case expires. We appreciate the Court's support and encouragement of the settlement process in this matter.

      Respectfully submitted,

      *Andrew H. Bart*

      Andrew H. Bart

cc:   All Counsel via ECF